IN THE SUPREME COURT OF NORTH CAROLINA

No. 280A24

Filed 23 May 2025

STATE OF NORTH CAROLINA

v.

GRANT LEE HUNT


Appeal pursuant to N.C.G.S. § 7A-30(2) (2023) from the decision of a divided panel of the Court of Appeals, 908 S.E.2d 92 (N.C. Ct. App. 2024), vacating a judgment entered on 24 March 2023 by Judge James G. Bell in Superior Court, Robeson County, and remanding for a new trial. Heard in the Supreme Court on 15 April 2025.

*Jeff Jackson, Attorney General, by Thomas J. Campbell, Special Deputy Attorney General, for the State-appellant.*

*Blau & Hynson, PLLC, by Daniel M. Blau, for defendant-appellee.*


PER CURIAM.

We vacate the decision of the Court of Appeals and remand for reconsideration in light of this Court's opinion in *State v. Reber*, 386 N.C. 153 (2024).

VACATED AND REMANDED.